**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ALMONDNET, INC. and DATONICS LLC,<br><br>Plaintiffs,<br><br>v.<br><br>ZETA GLOBAL CORP. and ZETA GLOBAL HOLDINGS CORP.,<br><br>Defendants. | C.A. No. 25-0579-MN<br><br>**JURY TRIAL DEMANDED** |

**NOTICE OF APPEARANCE**

PLEASE ENTER THE APPEARANCE OF Ravi M. Gandhi of Fish & Richardson P.C., 222 Delaware Avenue, Suite 1700, Wilmington, DE 19801, to represent Defendants Zeta Global Corp. and Zeta Global Holdings Corp. in this matter.

Dated: April 8, 2026

**FISH & RICHARDSON P.C.**

*/s/ Ravi M. Gandhi*
Susan E. Morrison (No. 4690)
Grayson P. Sundermeir (No. 6517)
Ravi M. Gandhi (No. 7587)
222 Delaware Avenue, Suite 1700
Wilmington, DE 19801
Tel: (302) 652-5070
Fax: (302) 652-0607
morrison@fr.com
sundermeir@fr.com
rgandhi@fr.com

Aamir Kazi (admitted *pro hac vice*)
1180 Peachtree Street NE, 21st Floor
Atlanta, GA 30309
Telephone: (404) 892-5005
kazi@fr.com

*Attorneys for Defendants Zeta Global Corp. and Zeta Global Holdings Corp.*